UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| DELANEY DEVELOPMENT, INC., | * | |
| DELANEY'S, INC. and | * | CIVIL ACTION NO. 11-307 |
| YESTER OAKS APARTMENTS | * | |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| ILLINOIS UNION INSURANCE COMPANY | * | MAGISTRATE: |

*************************************************************************

## COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiffs, Delaney Development, Inc., Delaney's, Inc. and Cabana Apartments, who respectfully represent as follows in this Complaint for Damages:

I.

Made plaintiffs herein are:

**DELANEY DEVELOPMENT, INC.**, a corporation organized under the laws of Alabama and with its principal place of business in Alabama;

**DELANEY'S, INC.**, a corporation organized under the laws of Alabama and with its principal place of business in Alabama; and

**YESTER OAKS APARTMENTS**, a corporation organized under the laws of Alabama and with its principal place of business in Alabama.

II.

Made defendant herein is:

**ILLINOIS UNION INSURANCE COMPANY**, an insurance company authorized to do and doing business within Alabama and within the jurisdiction of this Honorable Court.

III.

Jurisdiction herein is invoked pursuant to 28 U.S.C. §1332 as the parties' citizenships are completely diverse and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

IV.

Venue is proper under 28 U.S.C. §1391(a)(2) because a substantial part of the events giving rise to this claim occurred in Mobile, Alabama within the Southern District of Alabama.

V.

Defendant is justly and truly indebted to Plaintiffs herein for damages, together with legal interest thereon from the date of judicial demand until paid, and for costs in these proceedings, for the following, to-wit:

VI.

Plaintiffs, Delaney Development, Inc. and Delaney's, Inc., own a residential apartment building located in Mobile, Alabama, namely, Yester Oaks Apartments.

VII.

Plaintiffs contracted with Illinois Union Insurance Company (hereinafter "Illinois Union") to insure its apartment building. The Illinois Union policy bears policy number Y05J0093522.

VIII.

On June 11, 2005, a fire erupted in Yester Oaks Apartments.  The fire caused widespread devastation to the plaintiffs' property.

IX.

The extensive damage caused by the fire temporarily rendered the property unable to be occupied and necessitated massive repairs.

X.

Plaintiffs timely notified Illinois Union of its loss after the fire caused damage to Plaintiffs' property.

XI.

Shortly after the fire, Illinois Union began sending adjusters to Plaintiffs' property to determine the scope of damage to Plaintiffs' property.  The respective insurance adjusters performed inspections of the damaged property.

XII.

As of the date of the filing of this Complaint, Illinois Union has not tendered Delaney Development, Inc., Delaney's Inc., and/or Yester Oaks Apartments a sufficient amount to adequately compensate Plaintiffs for their losses from the fire.

XIII.

At all times pertinent hereto, Illinois Union provided insurance coverage for the matters, risks, and things involved herein.

XV.

Plaintiffs' commercial insurance policy issued by Illinois Union provided coverage for loss or damage caused by the peril of fire.

XVI.

Despite having been provided with "satisfactory proof of loss," and despite conducting its own thorough investigation of the damages Plaintiffs incurred from the fire, Illinois Union has not adequately paid for any or all of the damage sustained to Plaintiffs' property caused by this covered loss.

XVII.

Illinois Union is liable unto Plaintiffs under the following legal theories:

a. Breach of contract;

b. Breach of duty of good faith and fair dealing; and

c. Any and all other legal theories which may be found through discovery and proven at trial in this matter, including but not limited to, bad faith adjusting.

XVIII.

Illinois Union has committed other acts of negligence, breach of contract, and breach of its duty of good faith and fair dealing, all of which will be shown and proven at the trial of this matter.

XIX.

As a result of Illinois Union's actions, Plaintiffs have suffered the following nonexclusive list of damages:

a. Loss of use of insured property;

b. Loss of enjoyment of insured property;

c. Loss of business income;

d. Loss of movable goods;

e. Diminution in value of the property;

  f.  Permanent repair and remediation expenses;

  g.  Temporary repair and remediation expenses;

  h.  Attorney's fees;

  i.  Costs of this litigation; and

  j.  All other losses that will be proven at the trial of this matter.

XX.

Plaintiffs reserve the right to supplement and amend this Complaint for Damages.

XXI.

Plaintiffs pray for trial by jury.

**WHEREFORE**, plaintiffs herein, Delaney Development, Inc., Delaney's, Inc. and Yester Oaks Apartments pray that the defendant, Illinois Union Lines Insurance Company be served with a copy of this Complaint and be duly cited to appear and answer the same, and that after expiration of all legal delays and due proceedings, there be judgment rendered in favor of Plaintiffs and against Defendant, in an amount that will fully compensate Plaintiffs for its damages pursuant to the evidence and in accordance with the law; all sums with legal interest thereon from the date of judicial demand until fully paid, for all costs of these proceedings, and for all general and equitable relief.

            Respectfully submitted,

            /s/C. Bennett Long_____
            C. Bennett Long (Bar No. LON0046 )
            116 East I-65 Service Road North, Ste. A
            Mobile, AL 36607
            Telephone: (251) 639-4100
            Facsimile: (251) 476-1042
            Email:  bennett@lwpc.com
            ATTORNEY FOR PLAINTIFFS

**SERVICE WILL BE ISSUED VIA LONG ARM SERVICE**