**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DELANEY DEVELOPMENT, INC.,** *et al.*, | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 11-00307-KD-N** |
| | ) | |
| **WESTCHESTER SURPLUS LINES** | ) | |
| **INSURANCE CO.,** | ) | |
| **Defendant.** | ) | |

**ORDER**

This matter is before the Court on the parties' Joint Stipulation of Dismissal. (Doc. 22). The parties jointly stipulate to the dismissal of all claims pending in this action with prejudice, with each party to bear its own costs.

The stipulation is signed by all parties who have appeared. Therefore, upon consideration of the stipulation, and pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice** and the Clerk of the Court is directed to close this file.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure.

Each party shall bear its own costs.

**DONE** and **ORDERED** this the **23**rd day of **January, 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**